# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4366
_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | *  Appeal from the United States |
| v. | *  District Court for the |
| | *  Eastern District of Arkansas. |
| Richard Orville Norris, II, | * |
| | *  [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: March 5, 2007
Filed: March 6, 2007
_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.
_____

PER CURIAM.

Richard Norris, II, pleaded guilty to distributing child pornography. See 18 U.S.C. § 2252(a)(1), (b)(1) (imprisonment range of 15-40 years). Because he was subject to a 15-year statutory minimum, his Guidelines sentence was 180 months. See U.S.S.G. § 5G1.1(b). After considering the advisory Guidelines and the 18 U.S.C. § 3553(a) factors, the district court[1] sentenced Norris to 240 months in prison and 5 years of supervised release. On appeal, his counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), and seeks leave to withdraw.

_____

[1] The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

In light of the justification the district court offered for Norris's sentence--including his relatively young age and repeat-offender status, the likelihood he would commit another sex crime, the need for deterrence and protection of the public, and his need for intensive treatment--we conclude that the sentence is not unreasonable. See United States v. Booker, 543 U.S. 220 (2005) (requiring review for unreasonableness).

After reviewing the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issues for appeal.  Accordingly, we grant counsel leave to withdraw, and we affirm the judgment of the district court.

_____

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 06, 2007

Mr. Mark F. Hampton
HAMPTON & LARKOWSKI
308 S. Louisiana
Little Rock, AR 72201-0000

        RE: 05-4366  United States v. Richard Norris, II

Dear Counsel:

        The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00a.m. today. Please hold the opinion in confidence until that time.

        Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 14 days of the date of the entry of judgment. No grace period for mailing is allowed, and the date of the postmark is irrelevant. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

        In counseled cases, any petition for panel rehearing or petition for rehearing en banc that is filed must also include a diskette or CD-Rom containing an electronic version of your petition. The diskette or CD-Rom must be submitted in Portable Document Format(PDF) and scanned for viruses, in conformance with the requirements set forth in 8th Cir. R. 28A(d)(2) and (3).

                                        Michael E. Gans
                                        Clerk of Court

dms

Enclosure(s)

cc: Mr. Jim McCormack
    Mr. Richard Orville Norris II
    Mr. Joseph James Volpe

        District Court/Agency Case Number(s):  4:04CR00212 SWW

| | | | |
|---|---|---|---|
|  | Chris_Werner@ca8.uscourts.gov<br>03/06/2007 11:58 AM | To<br>cc<br>bcc<br>Subject | ared_appeals@ared.uscourts.gov<br><br><br>Activity in Case 05-4366 United States v. Richard Norris, II "per curiam opinion filed" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**Notice of Docket Activity**

The following transaction was filed on 03/06/2007

**Case Name:**         United States v. Richard Norris, II
**Case Number:**       05-4366
**Document(s):**       Document(s)

**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: ROGER L. WOLLMAN ; DIANA E. MURPHY ; KERMIT E. BYE (UNPUBLISHED) [3285292] [05-4366]

The following document(s) are associated with this transaction:
**Document Description:** per curiam opinion filed
**Original Filename:** 054366U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/06/2007] [FileNumber=3285292-0]
[6cc79f388901c9306a970f8b17e301154b1f9925d3f6060f7e3d31a53233ca9d3b0c0921119337bec504dabac398816f08355202568bc22f194d492ecf7d67b3]]
**Document Description:** form(s) sent
**Original Filename:**
/opt/ACECF/live/forms/dsharpless_054366_3285292_CounselOpinionLetters_285.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/06/2007] [FileNumber=3285292-1]
[82acb188849694cef34e2c1789b235ef195526b5f37fd3d97dfcb4022eeb05ae422b60e03e7b1860b177211ce299c6c1ba944ee3e48f14d78a054c73506753f4]]

**05-4366 Notice will be electronically mailed to:**

McCormack, Jim
Volpe, Joseph James

**05-4366 Notice will be mailed to:**

Hampton, Mark F.
HAMPTON & LARKOWSKI
308 S. Louisiana
Little Rock, AR 72201-0000

Norris, Richard Orville, II
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 1000
Butner, NC 27509-1000

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 3285292
**RELIEF(S) DOCKETED:**
   not for publication
**DOCKET PART(S) ADDED:** 3469809, 3469810