**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                                    **PLAINTIFF**

**v.**                                       **Case No. 4:04-cr-00212 KGB**

**RICHARD ORVILLE NORRIS, II**                                                      **DEFENDANT**

## ORDER

Pending before the Court is a request from the United States Probation Office to dispose of property seized from defendant Richard Orville Norris.  Attached hereto is the Defendant/Offender Property Disposal Overview prepared by the United States Probation Office. The item to be disposed is a 1-ZTE cell phone, serial number: LLFBH055100040-LFPC-01-2020071 ("cell phone").  Norris's supervised release currently expires on August 17, 2028.

For good cause shown, the Court grants the request in accordance with procedures outlined in 41 C.F.R. part 102-41 and the *Guide to Judiciary Policy*.  The cell phone is to be released to the appropriate federal, state, or local law enforcement agency for disposal or otherwise appropriately destroyed by the United States Probation Office.

It is so ordered this 13th day of May, 2026.

_____
Kristine G. Baker
Chief United States District Judge



# DEFENDANT/OFFENDER PROPERTY DISPOSAL OVERVIEW

This form provides an overview of the person under supervision's status, property seized by the U.S. Probation Office, and Court action taken.

## PERSON UNDER SUPERVISION: Richard Orville Norris II

**Case Number:** 4:04CR00212-KGB-001 Distribution of Child Pornography
**Type of Supervision:** Supervised Release
**Status:** TSR
**Sentence Date:** March 29, 2005
**Imposition of Sentence:** 240 months BOP; (5) years TSR
**Revocations:** June 24, 2022, Revoked, 18 months BOP; (5) years TSR

On April 24, 2022, the client reported for polygraph testing and, prior to the examination, stated he was "going to be in trouble." He disclosed to the examiner—and later to his supervising officer—that he had been viewing child pornographic images on an unauthorized device that was in his possession at the time. The client surrendered the device to his supervising officer, stating it had been wiped and that no content would be found. A subsequent forensic analysis revealed no content of evidentiary value.

On February 26, 2025, Mr. Norris signed a Notice of Disposal of Seized Property, authorizing disposal of the seized cell phone.

**ITEM(S) SEIZED:** 1-ZTE cell phone (S/N: LLFBH055100040-LFPC-01-2020071)

**COURT ACTION:** On June 24, 2022, the client's term of supervised release was revoked with violations including possession of the unauthorized cell phoned seized from the client on April 24, 2022.

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

## NOTICE OF DESTRUCTION OF SEIZED PROPERTY

I, <u>Richard Norris</u>, acknowledge that I have been advised by <u>Alison Scifres</u>

   (Defendant)                                                  (U.S. Probation Officer)

that the property seized on <u>April 4</u>, 20<u>22</u>, will be destroyed unless I notify the U.S. Probation Office in writing within ten (10) business days of receipt of this notice that I plan to retrieve the item(s) after my term of supervision expires or have the item(s) released to a designee.

_____
(U.S. Probation Officer)

Richard Norris _____
(Defendant)

_____
(Date)

Property Description:

1-cell phone s/n:LLFBH055100040-LFPC-01-2020071